UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-00190-F

| | |
|---|---|
| ANTHONY RANDOLPH,<br>        Plaintiff,<br><br>        v.<br><br>WELLS FARGO BANK, NATIONAL<br>ASSOCIATION; WELLS FARGO BANK, N.A.,<br>Successor by merger to WELLS FARGO HOME<br>MORTGAGE, INC.,<br>        Defendants. | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 5th day of September, 2012.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge